IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| STORAGECRAFT TECHNOLOGY CORPORATION, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES KIRBY, an individual, and JOHN DOES 1-10,<br><br>Defendants. | ORDER<br><br><br><br><br><br>Case No. 2:08-CV-00921<br>Judge Dee Benson |

This matter is before the court on plaintiff Storagecraft Technology Corporation's Objection to Magistrate Judge's Memorandum Decision and Order on Discovery Motions. (Dkt. No. 69.) The Magistrate Judge's December 23, 2009 Order denied Storagecraft Technology's motions to compel and granted defendant Kirby's motion for a protective order. (Dkt. No. 65.) On December 30, 2009, plaintiff filed the present objection to the magistrate judge's order, and on March 4, 2009, this court heard oral argument on plaintiff's objection. Plaintiff was represented by Mr. Thomas K. Karrenberg and Ms. Heather M. Sneddon. Defendant was represented by Mr. Richard F. Ensor. At the conclusion of the hearing, the court took the matter under advisement. Now, being fully advised in the matter, having considered the underlying motions, the Magistrate Judge's Memorandum Decision and Order, Plaintiff's objections thereto,

defendant's response, and the arguments of counsel, plaintiff's objection is overruled.

It is well established that a magistrate judge is afforded broad discretion in the resolution of non-dispositive discovery disputes. Accordingly, district courts generally grant a magistrate judge great deference, and overrule a magistrate judge's determination only if this discretion is clearly abused. <u>Soma Medical Int'l v. Standard Chartered Bank</u>, 196 F.3d 1292, 1300 (10th Cir. 1999). For non-dispositive pretrial matters, this court reviews the magistrate judge's orders under a "clearly erroneous or contrary to law" standard of review. 28 U.S.C. § 636(b)(1)(A). Applying this standard to the record in this case, the court finds no clear error; nor was the magistrate judge's decision contrary to law. Accordingly, plaintiff's objection is overruled.

It is so ordered.

Dated this 8thday of March, 2010.

_____
Dee Benson
United States District Judge